**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**v.**                           **CASE NO. 4:23-CR-00276-BSM-40**

**SHAUN KARDOVER LEWIS, JR.**                                          **DEFENDANT**

**ORDER**

Shaun Lewis's motion to sever [Doc. No. 830] is denied because he will not be severely prejudiced by a joint trial. *See United States v. Crumley*, 528 F.3d 1053, 1063 (8th Cir. 2008); Doc. No. 264; Fed. R. Crim. P. 8(b) (joinder of co-defendants is proper because they are charged with conspiring with one-another); *United States v. Lewis*, 557 F.3d 601, 609 (8th Cir. 2009) (strong presumption that co-defendants should be tried together).

Lewis's motion for speedy trial [Doc. No. 834] is denied because his right to a speedy trial has not been violated. *See United States v. Patterson*, 140 F.3d 767, 772 (8th Cir. 1998) (in multi-defendant cases, exclusions of time attributable to one defendant apply to all codefendants).

Lewis's motion for release of his passport [Doc. No. 833] is granted, but it will be held by the probation office and made available to Lewis for approved travel.

IT IS SO ORDERED this 30th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE